# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 21-cv-20559-COOKE/O'SULLIVAN

ROSELIN V. VILLEGAS,

     Plaintiff,

vs.

FRUDECO LLC, *et al.*,

     Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

THIS MATTER is before me upon the Order Approving Settlement and Report and Recommendation ("R&R") of the Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge, ECF No. 10.

Judge O'Sullivan has ordered approval of the settlement and recommends that I dismiss this case with prejudice. The parties have not filed Objections to the R&R, and the time to do so has passed.

I have reviewed the parties' joint motion for approval of settlement and accompanying exhibits, Judge O'Sullivan's R&R, the record, and the relevant legal authorities. Having done so, I find Judge O'Sullivan's R&R to be clear, cogent, and compelling.

Accordingly, Judge O'Sullivan's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that this action is dismissed with prejudice.

**DONE and ORDERED** in chambers, at Miami, Florida, this 9th day of June 2021.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*